FILED
2024 Jun-25 PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 9

# Table of Contents

FOIA Request PG 1-500 Bookmarked

| | |
|---|---|
| IRS Cover Letter | 1-5 |
| Lesson 3 Summary | 6-14 |
| Lesson 4: Filing for the credits | 15-75 |
| Lesson 5: Audit Procedures for Paid Sick and Family Leave and ERC | 76-207 |
| Lesson 6: Computing the Credits Adjustments | 208-243 |
| Lesson 7: Preparation of Examination Reports | 244-317 |
| Lesson 8: Examples 1-18 | 318-474 |
| Lesson 9: Deferral of Employment Tax Deposits | 475-500 |

FOIA Request PG 501-1000 Bookmarked

| | |
|---|---|
| Lesson 9: Deferral of Employment Tax Deposits Slides | 501-505 |
| Example 10 Documents | 506-518 |
| Example 11 Documents | 519-533 |
| Example 12 Documents | 534-553 |
| Examples 13 to 15 Adjustments to ERC 2021 | 554-599 |
| Examples 16 to 18 Adjustments to Paid Sick and Family Leave and ERC 2021 | 600-661 |
| Lesson 9: Deferral of Employment Tax Deposits | 662-690 |
| Lesson 1: Introduction | 691-715 |
| Lesson 2: Tax Credits for Paid Sick and Family Leave | 716-824 |
| Lesson 3: Tax Credit for Employee Retention | 825-1002 |

FOIA Request Pages 1001-1267 Bookmarked

| | |
|---|---|
| Lesson 3 Summary | 1003-1005 |
| Lesson 9: Deferral of Employment Tax Deposits(Slides) | 1006-1067 |
| Worksheets and Adjustments | 1068-1089 |
| IRS Memo for technical guidance on Covid-19 Credits | 1090-1101 |
| COVID Credits & Deferrals for Employment Tax Student Guide | 1102-1267 |